**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL ANTHONY McINTOSH, | No. 4:23-CV-00705 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN BARAZA, | |
| Respondent. | |

## <u>ORDER</u>

**AND NOW**, this 28th day of July 2023, in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Petitioner Michael Anthony McIntosh's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2.  The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge